# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Laborers' Pension Fund, et al().

                      Plaintiff,

v.                                        Case No.: 1:11–cv–01331
                                        Honorable Robert W. Gettleman

Brandonisio Construction Corporation, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Hearing held on motion to dismiss. Motion to dismiss [67][68][69] is denied. Answer to the amended complaint is due by 4/30/2013. Status hearing is set for 5/16/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.